Law Offices of Harvey I. Marcus
250 Pehle Avenue
Suite 200
Saddle Brook, NJ 07663
Tel. 800-792-5500
Fax. 888-565-0403
(HM8635)
HIM@lawmarcus.com
Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

_____

In Re:

Demetris R Price and
Constance Price,                              Case No.  17-19502
       Debtor(s).                       Honorable: Michael B Kaplan

_____
                                             Response to
                                             Objection of Trustee
                                             To confirmation

                                             Hearing: July 25, 2017

Harvey I Marcus does hereby state:

      1. I am the attorney for Debtor and as such am familiar with the matters and things herein set forth.
      2.  Debtors' accountant has explained that the previous profit and loss statement did not include business income deposited in a separate account (the personal account) due to debtors erroneously not providing same at the time the original profit and loss statements were provided.
      3. The revised profit and loss statement shows sufficient income to fund the Plan
      3. The case should be confirmed.

     I hereby certify that the foregoing statements made by me are true; I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

     Dated: July 8, 2017        /s/ Harvey I Marcus
                                           Harvey I Marcus