Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  17–19502–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Demetris R Price                      Constance Price
1271 S 9th St                         1271 S 9th St
South Plainfield, NJ 07080–1603       South Plainfield, NJ 07080–1603

Social Security No.:
xxx–xx–5823                           xxx–xx–0019

Employer's Tax I.D. No.:

---

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on July 6, 2017, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 17 – 12
Order Granting Notice of Request for Loss Mitigation(Related Doc # 12). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 7/5/2017. (slf)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: July 6, 2017
JAN: slf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-19502-MBK
Demetris R Price                                                          Chapter 13
Constance Price
         Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin           Page 1 of 1          Date Rcvd: Jul 06, 2017
                             Form ID: orderntc      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 08, 2017.
lm             +Specialized Loan Servicing, LLC,    8742 Lucent Blv.,    St.. 300,
                Highlands Ranch, CO 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2017                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 6, 2017 at the address(es) listed below:
          Albert  Russo   docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
          Home Equity Mortgage Loan Asset-Backed Trust, Series INABS 2005-B, Home Equity Mortgage Loan
          Asset-Backed Certificates, Series INABS 2005-B dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Harvey I. Marcus    on behalf of Joint Debtor Constance  Price him@lawmarcus.com
          Harvey I. Marcus    on behalf of Debtor Demetris R Price him@lawmarcus.com
          U.S. Trustee.   USTPRegion03.NE.ECF@usdoj.gov

                                                                              TOTAL: 5