Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17–19502–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Demetris R Price
1271 S 9th St
South Plainfield, NJ 07080–1603

Constance Price
1271 S 9th St
South Plainfield, NJ 07080–1603

Social Security No.:
xxx–xx–5823

xxx–xx–0019

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on .

On 10/5/2017 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date: November 14, 2017
Time: 10:00 AM
Location: Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: October 6, 2017
JAN: amg

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-19502-MBK
Demetris R Price                                                       Chapter 13
Constance Price
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2            Date Rcvd: Oct 06, 2017
                              Form ID: 185             Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 08, 2017.
```
db/jdb         Demetris R Price,    Constance Price,    1271 S 9th St,    South Plainfield, NJ 07080-1603
aty           +Pluese, Becker & Saltzman, LLC,    20000 Horizon Way,    Suite 900,    Mount Laurel, NJ 08054-4318
lm            +Specialized Loan Servicing, LLC,    8742 Lucent Blv.,    St.. 300,
               Highlands Ranch, CO 80129-2386
516815606     +Capital One,    Attn: General Correspondence/Bankruptcy,    Po Box 30285,
               Salt Lake City, UT 84130-0285
516815608     +Convergent Outsoucing, Inc,    Po Box 9004,    Renton, WA 98057-9004
516853593     +Deutsche Bank National Trust Co.,Trustee(See 410),    c/o Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516815609     +DiTech Financial LLC,    2100 East Elliot Rd,    Bldg 94, Dept T-120,    Tempe, AZ 85284-1806
517073815      Emergency Physician Associate North Jersey, PC,    PO Box 1123,    Minneapolis MN 55440-1123
516815610     +Fair Collections & Outsourcing,    12304 Baltimore Ave Suite E,    Beltsville, MD 20705-1314
516955025     +JFK Medical Ctr.,    Paula Kaplan, Esq.,    55 Morris Ave., Ste. 200,
               Springfield, NJ 07081-1422
516862877      JPMorgan Chase Bank, N.A.,    po box 29505   Phx, AZ 85038
516815611     +John F Kennedy Medical Center,    65 James St,    Edison, NJ 08820-3903
516815613      Nissan Motor Acceptance,    PO Box 9001133,    Louisville, KY 40290-1133
517024211      Pinnacle Credit Services, LLC its successors and,    assigns as assignee of Cellco,
               Partnership d/b/a Verizon Wireless,    Resurgent Capital Services,    PO Box 10587,
               Greenville, SC 29603-0587
516815615     +Specialized Loan Servicing/SLS,    Attn: Bankruptcy,    Po Box 636005,    Littleton, CO 80163-6005
516815616     +Verizon,    Verizon Wireless Bankruptcy Administrati,    500 Tecnolgy Dr Ste 500,
               Weldon Springs, MO 63304-2225
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Oct 06 2017 22:55:39     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 06 2017 22:55:35     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
516815604      E-mail/Text: ebn@americollect.com Oct 06 2017 22:55:46     Americollect Inc,    Po Box 1566,
               1851 S Alverno Rd,    Manitowoc, WI 54221
516815605     +E-mail/Text: bankruptcy@usecapital.com Oct 06 2017 22:56:52     Capital Accounts,
               Po Box 140065,    Nashville, TN 37214-0065
517080212     +E-mail/Text: bankruptcy@cavps.com Oct 06 2017 22:56:00     Cavalry Investments, LLC,
               500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
516815607     +E-mail/Text: bk.notifications@jpmchase.com Oct 06 2017 22:55:24     Chase Auto Finance,
               National Bankruptcy Dept,    201 N Central Ave Ms Az1-1191,    Phoenix, AZ 85004-1071
516815612     +E-mail/Text: bankruptcydpt@mcmcg.com Oct 06 2017 22:55:34     Midland Funding, LLC,
               2365 Northside Dr, Ste 300,    San Diego, CA 92108-2709
517079956      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 06 2017 23:06:38
               Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.A.,    POB 41067,
               Norfolk VA 23541
516815614     +E-mail/Text: bankruptcy@sw-credit.com Oct 06 2017 22:55:39     Southwest Credit Systems,
               4120 International Parkway Ste 1100,    Carrollton, TX 75007-1958
516837881     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 06 2017 23:06:22     T Mobile/T-Mobile USA Inc,
               by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
516926862     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 06 2017 23:06:42     Verizon,
               by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 11
```

                 ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Oct 06, 2017
                              Form ID: 185             Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 6, 2017 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               Home Equity Mortgage Loan Asset-Backed Trust, Series INABS 2005-B, Home Equity Mortgage Loan
               Asset-Backed Certificates, Series INABS 2005-B dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Harvey I. Marcus    on behalf of Joint Debtor Constance   Price him@lawmarcus.com
              Harvey I. Marcus    on behalf of Debtor Demetris R Price him@lawmarcus.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```