UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

_____

Law Office of Harvey I Marcus (HIM8635)
250 Pehle Avenue, Suite 200
Saddle Brook, NJ 07663
Tel. 800-792-5500 Fax 888-565-0403
him@lawmarcus.com
Attorney for Debtor(s)

**Order Filed on October 11, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Demetris R Price and
Constance Price,
Debtors.

Case No.: 17-19502

Chapter: 13

Judge: Kaplan

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 11, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____7/5/2017_____ :

Property:    1271 Spouth 9th Street, South Plainfield, NJ 07080

Creditor:    Specialized Loan Servicing

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by _____debtor_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____01/31/2018_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2