Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  17–19502–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Demetris R Price                          Constance Price
1271 S 9th St                             1271 S 9th St
South Plainfield, NJ 07080–1603           South Plainfield, NJ 07080–1603

Social Security No.:
xxx–xx–5823                               xxx–xx–0019

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:      12/5/17
Time:      10:00 AM
Location:  Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

---

APPLICANT(S)
Harvey I. Marcus

COMMISSION OR FEES
$2,100.00

EXPENSES
$0.00

---

Creditors may be heard before the applications are determined.

In accordance with D.N.J. Local Bankruptcy Rule 2016–1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016–1(h)).

Dated: November 14, 2017
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 17-19502-MBK
Demetris R Price                                                                          Chapter 13
Constance Price
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 2          Date Rcvd: Nov 14, 2017
                             Form ID: 137          Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2017.
```
db/jdb      Demetris R Price,   Constance Price,   1271 S 9th St,   South Plainfield, NJ  07080-1603
aty        +Pluese, Becker & Saltzman, LLC,   20000 Horizon Way,   Suite 900,   Mount Laurel, NJ 08054-4318
lm         +Specialized Loan Servicing, LLC,   8742 Lucent Blv.,   St.. 300,
            Highlands Ranch, CO 80129-2386
516815606  +Capital One,  Attn: General Correspondence/Bankruptcy,   Po Box 30285,
            Salt Lake City, UT 84130-0285
516815608  +Convergent Outsoucing, Inc,   Po Box 9004,   Renton, WA 98057-9004
516853593  +Deutsche Bank National Trust Co.,Trustee(See 410),   c/o Specialized Loan Servicing LLC,
            8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
516815609  +DiTech Financial LLC,   2100 East Elliot Rd,   Bldg 94, Dept T-120,   Tempe, AZ 85284-1806
517073815   Emergency Physician Associate North Jersey, PC,   PO Box 1123,   Minneapolis MN 55440-1123
516815610  +Fair Collections & Outsourcing,   12304 Baltimore Ave Suite E,   Beltsville, MD 20705-1314
516955025  +JFK Medical Ctr.,   Paula Kaplan, Esq.,   55 Morris Ave., Ste. 200,
            Springfield, NJ 07081-1422
516862877   JPMorgan Chase Bank, N.A.,   po box 29505   Phx, AZ 85038
516815611  +John F Kennedy Medical Center,   65 James St,   Edison, NJ 08820-3903
516815613   Nissan Motor Acceptance,   PO Box 9001133,   Louisville, KY 40290-1133
517024211   Pinnacle Credit Services, LLC its successors and,   assigns as assignee of Cellco,
            Partnership d/b/a Verizon Wireless,   Resurgent Capital Services,   PO Box 10587,
            Greenville, SC 29603-0587
516815615  +Specialized Loan Servicing/SLS,   Attn: Bankruptcy,   Po Box 636005,   Littleton, CO 80163-6005
516815616  +Verizon,   Verizon Wireless Bankruptcy Administrati,   500 Tecnolgy Dr Ste 500,
            Weldon Springs, MO 63304-2225
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: usanj.njbankr@usdoj.gov Nov 14 2017 23:35:07   U.S. Attorney,   970 Broad St.,
            Room 502,  Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 14 2017 23:35:04   United States Trustee,
            Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,  Suite 2100,
            Newark, NJ 07102-5235
516815604   E-mail/Text: ebn@americollect.com Nov 14 2017 23:35:12   Americollect Inc,   Po Box 1566,
            1851 S Alverno Rd,   Manitowoc, WI 54221
516815605  +E-mail/Text: bankruptcy@usecapital.com Nov 14 2017 23:36:14   Capital Accounts,
            Po Box 140065,   Nashville, TN 37214-0065
517080212  +E-mail/Text: bankruptcy@cavps.com Nov 14 2017 23:35:25   Cavalry Investments, LLC,
            500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-1340
516815607  +E-mail/Text: bk.notifications@jpmchase.com Nov 14 2017 23:34:53   Chase Auto Finance,
            National Bankruptcy Dept,   201 N Central Ave Ms Az1-1191,   Phoenix, AZ 85004-1071
516815612  +E-mail/Text: bankruptcydpt@mcmcg.com Nov 14 2017 23:35:03   Midland Funding, LLC,
            2365 Northside Dr, Ste 300,   San Diego, CA 92108-2709
517079956   E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 14 2017 23:32:22
            Portfolio Recovery Associates, LLC,   c/o Capital One Bank, N.A.,   POB 41067,
            Norfolk VA 23541
516815614  +E-mail/Text: bankruptcy@sw-credit.com Nov 14 2017 23:35:08   Southwest Credit Systems,
            4120 International Parkway Ste 1100,   Carrollton, TX 75007-1958
516837881  +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 14 2017 23:31:53   T Mobile/T-Mobile USA Inc,
            by American InfoSource LP as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
516926862  +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 14 2017 23:32:49   Verizon,
            by American InfoSource LP as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                          TOTAL: 11
```

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2017                              Signature:  /s/Joseph Speetjens

District/off: 0312-3          User: admin          Page 2 of 2          Date Rcvd: Nov 14, 2017
                             Form ID: 137          Total Noticed: 27

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 10, 2017 at the address(es) listed below:
    Albert Russo    docs@russotrustee.com
    Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
    Home Equity Mortgage Loan Asset-Backed Trust, Series INABS 2005-B, Home Equity Mortgage Loan
    Asset-Backed Certificates, Series INABS 2005-B dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
    Harvey I. Marcus    on behalf of Joint Debtor Constance  Price him@lawmarcus.com
    Harvey I. Marcus    on behalf of Debtor Demetris R Price him@lawmarcus.com
    U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                      TOTAL: 5