UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Office of Harvey I Marcus (HIM8635)
250 Pehle Avenue, Suite 200
Saddle Brook, NJ 07663
Tel. 800-792-5500
Fax. 888-565-0403
him@lawmarcus.com
Attorney for Debtor(s)

| | |
|---|---|
| In Re:<br><br>Demetris R Price and<br>Constance Price,<br>Debtors. | Case No.: ____17-19502____<br><br>Chapter:        13<br><br>Judge: ____Kaplan____ |

**Order Filed on December 5, 2017**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is **ORDERED**.

**DATED: December 5, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Harvey I Marcus_____, the applicant, is allowed a fee of $ _____2,100.00_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____2,100.00_____ . The allowance is payable:

      ☒  through the Chapter 13 plan as an administrative priority.

      ☐  outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*