UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on March 23, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Demetris R Price and Constance Price

Case No.: 17-19502

Hearing Date: 3/20/2018

Judge: Michael B. Kaplan

Chapter: 13

Recommended Local Form:  ☑ Followed  ☐ Modified

# ORDER DENYING MOTION

## FOR RELIEF FROM STAY AND WAIVER OF F.R.B.P. 4001 (a)(3)

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 23, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

A motion or application having been filed on _____2/20_____, 20 _18_ by _Aleksander P. Powietrzynski_____ for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied.

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*