Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                        Case No.:  17−19502−MBK
                        Chapter:  13
                        Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Demetris R Price                                  Constance Price
   1271 S 9th St                                         1271 S 9th St
   South Plainfield, NJ 07080−1603          South Plainfield, NJ 07080−1603

Social Security No.:
   xxx−xx−5823                                     xxx−xx−0019

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on March 22, 2018, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 52 − 50
Order APPROVING LOAN MODIFICATION (Related Doc # 50) with Specialized Loan Servicing. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 3/20/2018. (kmf)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.


Dated: March 22, 2018
JAN: kmf

                                                                                      Jeanne Naughton
                                                                                      Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Demetris R Price  
Constance Price  
    Debtors

Case No. 17-19502-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Mar 22, 2018  
                   Form ID: orderntc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2018.  
lm          +Specialized Loan Servicing, LLC,    8742 Lucent Blv.,    St.. 300,    Highlands Ranch, CO 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2018            Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2018 at the address(es) listed below:  
       Albert   Russo   docs@russotrustee.com  
       Aleksander P. Powietrzynski   on behalf of Creditor   JPMORGAN CHASE BANK, N. A. alex@winstonandwinston.com  
       Denise E. Carlon   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee for Home Equity Mortgage Loan Asset-Backed Trust, Series INABS 2005-B, Home Equity Mortgage Loan Asset-Backed Certificates, Series INABS 2005-B dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Harvey I. Marcus   on behalf of Joint Debtor Constance  Price him@lawmarcus.com  
       Harvey I. Marcus   on behalf of Debtor Demetris R Price him@lawmarcus.com  
       U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                                       TOTAL: 6