**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Law Offices of Harvey I. Marcus (HM8635)
250 Pehle Avenue
Suite 200
Saddle Brook, NJ 078663
Tel. 800-792-5500
Fax. 888-565-0403
HIM@lawmarcus.com
Attorney for Debtor(s)

In Re:
Demetris R Price and
Constance Price,
              Debtor(s).



**Order Filed on March 20, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No. 17-19502
Adv. No.

Hearing Date:

Judge: Michael B Kaplan

## ORDER APPROVING LOAN MODIFICATION

The relief set forth on the following page is hereby **ORDERED.**

**DATED: March 20, 2018**

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having been brought to the Court on the motion of Harvey I Marcus, Esq. On behalf of Constance Price seeking an Order Authorizing Entry of a Final Loan Modification Agreement concerning a mortgage on real property referenced on the Loan modification attached to movant's motion, and the Court having considered the submissions; and parties having been given timely notice; and for good cause shown:

1. IT IS ORDERED Debtor is granted approval to enter into a final loan modification.

2. IT IS ORDERED If pre-petition arrears are capitalized into the loan modification, secured creditor shall amend its Proof of Claim within thirty (30) days of the date of this Order. Upon receipt of an amended Proof of Claim, the Trustee may disburse the funds being reserved pursuant to this order to other creditors in accordance with the provisions of the confirmed plan.

3. IT IS FURTHER ORDERED If post-petition arrears are capitalized into the loan modification, secured creditor shall file an amended post-petition order within thirty (30) days of the date of this Order. Upon receipt of an amended post-petition order, the Trustee may disburse the funds being reserved pursuant to this order to other creditors in accordance with the provisions of the confirmed plan.

4. IT IS FURTHER ORDERED Debtors shall file an amended Schedule J and Modified Plan within twenty (20) days of this Order.

United States Bankruptcy Court
District of New Jersey

In re:  
Demetris R Price  
Constance Price  
      Debtors

Case No. 17-19502-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Mar 22, 2018  
                   Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2018.  
db/jdb         Demetris R Price,    Constance Price,    1271 S 9th St,    South Plainfield, NJ    07080-1603

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                  TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2018                                        Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2018 at the address(es) listed below:  
         Albert    Russo     docs@russotrustee.com  
         Aleksander P. Powietrzynski     on behalf of Creditor     JPMORGAN CHASE BANK, N. A.  
         alex@winstonandwinston.com  
         Denise E. Carlon     on behalf of Creditor     Deutsche Bank National Trust Company, as Trustee for Home Equity Mortgage Loan Asset-Backed Trust, Series INABS 2005-B, Home Equity Mortgage Loan Asset-Backed Certificates, Series INABS 2005-B dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         Harvey I. Marcus     on behalf of Joint Debtor Constance    Price him@lawmarcus.com  
         Harvey I. Marcus     on behalf of Debtor Demetris R Price him@lawmarcus.com  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                    TOTAL: 6