Winston & Winston, P.C.
Attorneys for JPMorgan Chase Bank, N.A. (Secured Creditor)
750 Third Avenue, Suite 923
New York, NY 10017
(212) 532-2700
Aleksander Powietrzynski (AP7768)

**Order Filed on May 15, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Demetris R Price and,
Constance Price,

        Debtors.

Case No. 17-19502-MBK
(Chapter 13)

Judge: Michael B Kaplan

**CONDITIONAL ORDER REGARDING MOTION FOR AUTOMATIC STAY AS TO THE 2016 Nissan Altima (VIN: 1N4AL3AP4GC135389)  WITH WAIVER OF F.R.B.P. RULE 4001(A)(3)**

The Relief set forth on the following pages, numbered two (2) through __two (2)__ is hereby **ORDERED**.

**DATED: May 15, 2018**

_/s/ Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**
Debtors: Demetris R Price and Constance Price
Case No.: 17-19502-MBK
Caption of Order: CONDITIONAL ORDER REGARDING MOTION FOR AUTOMATIC STAY AS TO THE 2016 Nissan Altima (VIN: 1N4AL3AP4GC135389) WITH WAIVER OF F.R.B.P. RULE 4001(A)(3)

---

Upon the Stipulation of JPMORGAN CHASE BANK N.A., ("Chase") and Demetris R Price and Constance Price ("Debtors") under Bankruptcy Code Section 362 (d)(1) and 362 (d)(2) for relief from the automatic stay as to a 2016 Nissan Altima (VIN: 1N4AL3AP4GC135389) and for good cause shown and no cause to the contrary appearing;

IT IS HEREBY ORDERED that the attached Stipulation is "SO ORDERED."

Winston & Winston, P.C.
Attorneys for JPMorgan Chase Bank, N.A. (Secured Creditor)
750 Third Avenue, Suite 923
New York, NY 10017
(212) 532-2700
Aleksander Powietrzynski (AP7768)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| In Re:<br><br>　　Demetris R Price and,<br>　　Constance Price,<br><br>　　　　　Debtors. | STIPULATION CONSENTING TO<br>LIFT OF STAY MOTION<br><br>Case No. 17-19502-MBK<br>(Chapter 13)<br><br>Oral Argument NOT requested |

　　WHEREAS, JPMorgan Chase Bank, N.A., ("Chase") is a secured creditor in the above referenced matter with regard to a 2016 Nissan Altima (VIN: 1N4AL3AP4GC135389) ("Vehicle"); and

　　WHEREAS, Chase has a perfected lien regarding the Vehicle, which lien secures the repayment of a Retail Installment Contract entered into between Demetris Price ("Debtor") and Chase on October 4, 2016 for the purchase of the Vehicle; and

　　WHEREAS, the debtor is default of the Retail Installment Contract but seeks to surrender the Vehicle and allow Chase to exercise its rights under the Retail Installment Contract and applicable, state and federal law; and

　　WHEREAS Chase filed a motion to Lift the Automatic Stay on or about February 20, 2018 which was made returnable on March 20, 2018 ("Motion"); and

WHEREAS, the Debtors had filed opposition to Chase's Motion on the basis that the Debtors were to cure the default and continue to make regular monthly payments outside of the plan thereafter; and

WHEREAS, upon due consideration, the Debtors have decided to voluntarily surrender the Vehicle in lieu of curing the default and continuing to make regular monthly payments outside of the plan; and

WHEREAS, the parties seek to amicably resolve this matter and have agreed to the following:

IT IS HEREBY STIPULATED AND AGREED, Debtors will surrender the Vehicle to Chase or a third party designated by Chase by May 1, 2018; and

IT IS HEREBY STIPULATED AND AGREED, that the Debtors hereby withdraw any objection to Chase's motion seeking relief of the automatic stay; and

IT IS FURTHER STIPULATED AND AGREED, that the automatic stay pursuant to 11 U.S.C. 362 with regard to the Vehicle is and will immediately be vacated upon the filing of this stipulation with the Court; and

IT IS FURTHER STIPULATED AND AGREED, upon filing of this stipulation with the Court Chase may take any action to liquidate the Vehicle and apply the proceeds to the secured debt secured by the lien on the Vehicle; and

IT IS FURTHER STIPULATED AND AGREED, the Trustee's right to surplus funds is hereby preserved, and Trustee will be given written notice of any surplus monies remaining after the sold of the Vehicle. Chase is directed to turn over surplus monies to the Trustee as property of the estate; and

IT IS FURTHER STIPULATED AND AGREED the provision of F.R.B.P. Rule 4001(a)(3) which states that this order will be effective fourteen days from the date of its entry will be waived and the order shall be effective upon its entry; and

IT IS FURTHER STIPULATED AND AGREED, that this Stipulation may be executed in multiple counterparts, each of which shall be deemed original and all of which when taken together shall constitute one and the same instrument; and

IT IS FURTHER STIPULATED AND AGREED, that electronic, copied and facsimile signatures are deemed originals for all purposes.

Dated: April 19, 2016

_____
Aleksander Powietrzynski
Winston & Winston, P.C.
Attorneys for JPMorgan Chase Bank, N.A.
750 Third Avenue, Suite 923
New York, NY 10017
Tel: (212) 922-9483
Fax: (212) 922-9484
Alex@winstonandwinston.com

Dated: April 19, 2018

_____
Name: Harvey I. Marcus
Law Office of Harvey I. Marcus
Attorney for Debtors
250 Pehle Avenue, Suite 200
Saddle Brook, NJ 07663
Tel: 800-792-5500
Fax: 888-565-0403
him@lawmarcus.com